Nash, C. J.
 

 We are somewhat at a loss to perceive upon ■what principle of láw, the defendant refuses to pay the money demanded. The contract for building the school-house, was not made by him with the intestate, but by the trustees; whether, therefore, it was complete in all its parts, was a question in which he had no interest whatever. If the intestate failed to comply with his contract, he was answerable to the trustees, and not to Mr. Eobinson. . The building was to cost $2500. Of this sum, $1600 was raised by subscription. To secure' the balance to the intestate, nine individuals entered into a written contract with him, to pay him $900, each one agreeing to pay $100, upon condition that nine responsible persons sign it. Nine did sign it, of whom the defendant was one. The house was built, and taken possession of by the trustees. Each one who executed the contract has paid his one hundred dollars, except defendant. The condition upon which he entered into the contract was complied with, viz: that eight others should execute the paper with him. We see no reason for disturbing the judgment below.
 

 Per Curiam.
 

 Judgment affirmed.